■ LORENZO TRONI et al., Appellants, v VOLNEY RESIDENCES INC. et al., Respondents. [686 NYS2d 709] —Order, Supreme Court, New York County (Edward Greenfield, J.), entered on or about October 21, 1997, which insofar as appealable, denied plaintiffs' motion for the court's recusal, unanimously affirmed, with costs.

Plaintiffs failed to establish any ground warranting the court's recusal. The balance of the order denied reargument, from which no appeal lies (*Sioris v 25 W. 43rd St. Co.*, 223 AD2d 475). Concur—Sullivan, J. P., Wallach, Lerner, Mazzarelli and Buckley, JJ.